1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TEENA R. HAMMONS,

             Plaintiff,

    v.

CAROLYN W.  COLVIN, Acting
Commissioner of Social Security,

             Defendant.

Case No. C13-167-RSM

ORDER REVERSING AND
REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the

record, does hereby find and ORDER:

    (1)     The Court adopts the Report and Recommendation.

    (2)     The final decision of the Commissioner is REVERSED and this case is

REMANDED to the Social Security Administration for further proceedings consistent with the

Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1

1    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and

2  to Judge Donohue.

3    DATED this 28 day of October 2013.

4

5

6

7    RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REMANDING CASE
PAGE - 2